KRISTA HART
Attorney at Law
State Bar #199650
428 J Street, Suite 350
Sacramento, California 95814
Telephone: (916) 498-8398

Attorney for Defendant
PETRA FUNTILA

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | No. 2:03-cr-00371-MCE |
| ) | |
| Plaintiff, ) | |
| v. ) | STIPULATION AND ORDER |
| ) | |
| PETRA FUNTILA, ) | |
| ) | |
| Defendants. ) | |
| _____ ) | |

Defendant Petra Funtila, by and through counsel Krista Hart, along with the plaintiff United States (government), by and through counsel Assistant U.S. Attorney William Wong, hereby stipulate and agree that the status conference currently set for June 12, 2008, be reset to July 3, 2008, at 9:00 a.m.

It is further stipulated and agreed between the parties that the period of time from June 12, 2008, up to and including July 3, 2008, should be excluded in computing the time within which the trial of the above criminal prosecution must commence for purposes of the Speedy Trial Act. The parties stipulate and agree that this is an appropriate exclusion of time within the meaning of Title 18, United States Code, sections 3161(h)(8)(B)(iv) (Local Code T4). The parties have been engaged in ongoing plea negotiations. It appears we are very close to a resolution. However, Ms. Funtila is being housed in Nevada City, almost an hour from Sacramento.

///

Counsel for Ms. Funtila has been in a jury trial since May 21, 2008, and has not had time to drive up to Nevada City to confer with Ms. Funtila. The trial is anticipated to end this week and we should be able to resolve the matter on July 3, 2008. Therefore, this is an appropriate exclusion of time within the meaning of Title 18, United States Code, sections 3161(h)(8)(B)(iv) (Local Code T4).

June 13, 2008                              /s/ Krista Hart
                                           Attorney for Petra Funtila

June 13, 2008                              McGREGOR SCOTT
                                           United States Attorney


                                            /s/ William Wong
                                           Assistant U.S. Attorney
                                           (Signed by Krista Hart per e-mail)

**O R D E R**

**FOR GOOD CAUSE SHOWN, IT IS SO ORDERED.**

Dated:   June 13, 2008

                                           _____
                                           MORRISON C. ENGLAND, JR.
                                           UNITED STATES DISTRICT JUDGE