Krista Hart
Attorney at Law
State Bar No. 199650
428 J Street, Suite 350
Sacramento, CA  95814
(916) 498-8398

Attorney for Petra Funtila

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES, | ) No. 2:03-cr-00371-MCE |
|---|---|
| Plaintiff, | ) |
| v. | ) **STIPULATION AND ORDER RESETTING THE STATUS CONFERENCE** |
| PETRA FUNTILA, | ) |
| Defendant. | ) |

    Defendant Petra Funtila, by and through counsel Krista Hart, and the United States (government) by and through counsel Assistant U.S. Attorney William Wong stipulate and agree the status conference currently set for July 3, 2008, should be reset to July 24, 2008, at 9:00 a.m. At that time it is anticipated Ms. Funtila will change her plea.

    The parties stipulate and agree the time from July 3, 2008, up to and including July 24, 2008, should be excluded in computing the time within which the trial of the above criminal prosecution must commence for purposes of the Speedy Trial Act.  The parties stipulate that the ends of justice are served by the Court excluding such time, so that counsel for the government and the defendant may have reasonable time necessary for effective preparation, taking into account the exercise of due diligence.  18 U.S.C. § 3161(h)(8)(B)(iv) (Local Code T4).

///

///

The government has offered a plea agreement and the defense has reviewed it. The defense has made counter proposals which have been considered; some have been accepted and some rejected. It appears we have reached an agreement in spirit. Ms. Funtila is housed in Nevada City, an hour long drive from Sacramento, and it is difficult to arrange time to make the drive and discuss the various changes. Ms. Funtila needs to review the final draft before we will be prepared to proceed to a change of plea hearing. Additionally, counsel for Ms. Funtila was in trial for a majority of June making it more difficult to find time to get up to Nevada City to meet with the client. For these reasons, the ends of justice are best served by resetting the change of plea hearing currently set for July 3, 2008, to July 24, 2008.

DATED: July 2, 2008                                  /s/ Krista Hart
                                                     Attorney for Petra Funtila


DATED: July 2, 2008                                  McGREGOR SCOTT
                                                     United States Attorney

                                                      /s/ William Wong
                                                     Assistant U.S. Attorney

## ORDER

It is so ordered.

 Dated:  July 2, 2008

                                                     _____
                                                     MORRISON C. ENGLAND, JR.
                                                     UNITED STATES DISTRICT JUDGE